| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **New Concepts Distributors Int'l, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-1016961** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2315 NW 107th Avenue** <br> **Ste 1B5-1B6** <br> **Miami, FL 33172-2113** <br> Number, Street, City, State & ZIP Code <br><br> **Miami-Dade** <br> County | **Mailing address, if different from principal place of business** <br><br> **P.O. Box 227847** <br> **Miami, FL 33222-7847** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.curveez.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: | |

Debtor  **New Concepts Distributors Int'l, LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __4243__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  **New Concepts Distributors Int'l, LLC**   Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　　☐ 5001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　　☐ 10,001-25,000　　　☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　 ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor  **New Concepts Distributors Int'l, LLC**  Case number (*if known*) _____
       Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **New Concepts Distributors Int'l, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 15, 2021**
MM / DD / YYYY

X **/s/ Janice Santiago**                                      **Janice Santiago**
Signature of authorized representative of debtor               Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Patrick S. Scott**                                     Date **June 15, 2021**
Signature of attorney for debtor                               MM / DD / YYYY

**Patrick S. Scott**
Printed name

**GrayRobinson, P.A.**
Firm name

**401 E. Las Olas Blvd**
**Ste. 1000**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone **954-761-8111**          Email address

**290025 FL**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **New Concepts Distributors Int'l, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADP, LLC** PO Box 842875 Boston, MA 02284 | | **Payroll service** | | | | $54.35 |
| **American Express Credit Card** P.O. Box 650448 Dallas, TX 75265 | | **Credit card** | | | | $31,700.00 |
| **Basic Creative, LLC** 106 East Delaware Ave, Unit 1 Pennington, NJ 08534 | | **Consulting** | | | | $5,000.00 |
| **Chamela S.A.S.** Calle 29D No. 55-173 Medellin, COLOMBIA | | **Merchandise** | | | | $139,562.71 |
| **Fibertex Corporation** Carrera 106 No. 15-25 Bogota, COLOMBIA | | **Merchandise** | **Disputed Subject to Setoff** | | | $799,914.66 |
| **Florida Department of Revenue** 5050 W Tennessee Street Tallahassee, FL 32399 | | **Sales tax** | | | | $1,887.31 |
| **Florida Division Workers' Compensation** P.O. Box 7900 Tallahassee, FL 32314-7900 | | **workers' compensation penalty settlement** | | | | $9,632.84 |
| **Kessep Dermaceuticals** 8855 NW 35 Lane Miami, FL 33172 | | **Merchandise** | | | | $6,899.20 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **New Concepts Distributors Int'l, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kromia S.A.S.**<br>**Calle 25 41-185**<br>**Itagui, Colombia** | | **Merchandise** | | | | **$51,838.50** |
| **Maxine S.A.S.**<br>**Callera 74 N 40-28**<br>**Laureles**<br>**Medellin,**<br>**COLOMBIA** | | **Merchandise** | | | | **$2,848.70** |
| **Texspan E.U.**<br>**Calle 4B N 53D-21**<br>**Bogota, COLOMBIA** | | **Merchandise** | | | | **$24,814.10** |
| **U.S. Customs and Border Protection**<br>**6650 Telecom Drive Ste 100**<br>**Indianapolis, IN 46278** | | **customs duty/tariff** | | | | **$6.21** |
| **Wilda Santamaria**<br>**120 Dr Veve Parque 228**<br>**Bayamon, PR 00961** | | **Merchandise** | | | | **$2,950.00** |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re  **New Concepts Distributors Int'l, LLC**                                   Case No.
Debtor(s)                                                                          Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Janice Santiago**<br>**7001 NW 107 Ct**<br>**Doral, FL 33178** | equity member | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 15, 2021**                                   Signature  **/s/ Janice Santiago**
                                                                     **Janice Santiago**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
ADP, LLC
PO Box 842875
Boston, MA 02284


American Express Credit Card
P.O. Box 650448
Dallas, TX 75265


Avril Ives
1400 NW 139 St
Miami, FL 33167


Basic Creative, LLC
106 East Delaware Ave, Unit 1
Pennington, NJ 08534


Chamela S.A.S.
Calle 29D No. 55-173
Medellin, COLOMBIA


Fibertex Corporation
Carrera 106 No. 15-25
Bogota, COLOMBIA


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399


Florida Division Workers' Compensation
P.O. Box 7900
Tallahassee, FL 32314-7900


Foundry SVF 25th Doral, LLC
420 S. Orange Ave. Ste 950
Orlando, FL 32801


Goldfish Social, Inc.
29 W. 17th St Floor 10
New York, NY 10011


Kessep Dermaceuticals
8855 NW 35 Lane
Miami, FL 33172
```

```
Kromia S.A.S.
Calle 25 41-185
Itagui, Colombia


Maxine S.A.S.
Callera 74 N 40-28 Laureles
Medellin, COLOMBIA


SA Marketing, LLC
1140 Holland Dr Ste 6
Boca Raton, FL 33487


Texspan E.U.
Calle 4B N 53D-21
Bogota, COLOMBIA


U.S. Customs and Border Protection
6650 Telecom Drive Ste 100
Indianapolis, IN 46278


Wilda Santamaria
120 Dr Veve Parque 228
Bayamon, PR 00961
```